UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JACOB HAMMOND, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:16-cv-00122-RLY-MJD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

TO: CLERK OF COURT

    Please enter the appearance of Sara J. Varner, Indiana Federal Community Defenders, Inc., as attorney for the Petitioner.

Dated: September 8, 2016

                                    */S/ Sara J. Varner*
                                    Sara J. Varner
                                    Indiana Federal Community Defenders, Inc.
                                    111 Monument Circle, Ste. 3200
                                    Indianapolis, IN. 46204-5172
                                    (317) 383-3520
                                    Attorney for Petitioner

**CERTIFICATE OF SERVICE**

    I certify a copy of the foregoing was filed electronically.   Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

                                    */S/ Sara J. Varner*
                                    Sara J. Varner