UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JACOB ROY HAMMOND, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 3:16-cv-0122-RLY-MJD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**Entry Directing Dismissal of Action**

The petitioner's motion to dismiss, dkt. [10], is **effective** as a notice of dismissal pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure* and is **terminated as a motion**. No judgment is required under these circumstances.

The **clerk shall also docket** this Entry in the criminal action, 3:14-cr-0022-RLY-WGH-1. The **clerk shall** close this action on the docket.

**IT IS SO ORDERED.**

Date:  9/19/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record